

# Fourth Court of Appeals
## San Antonio, Texas

March 19, 2015

No. 04-15-00119-CV

**IN THE INTEREST OF A CHILD,**

From the 229th Judicial District Court, Duval County, Texas
Trial Court No. DC-14-81
Honorable Ana Lisa Garza, Judge Presiding

## O R D E R

Appellants filed a notice of appeal on March 3, 2015. Because a motion for new trial and a request for findings of fact were filed, the clerk's record and reporter's record are due on April 29, 2015. The trial court clerk recently filed a notification of late record stating that appellants have failed to request and pay or make arrangements to pay the fee for preparing the clerk's record and that appellants are not entitled to appeal without paying the fee.

Accordingly, it is ORDERED that appellants provide written proof to this court **within ten (10) days** of the date of this order that **either** (1) the clerk's fee for preparing the clerk's record has been paid or arrangements have been made to pay the clerk's fee and the contents of the clerk's record have been designated, <u>and</u> (2) a written request has been made for preparation of the reporter's record pursuant to Tex. R. App. P. 34.6 (b)(1), and the reporter's fee has been paid or arrangements have been made to pay the reporter's fee; **or** (3) appellants are entitled to appeal without paying the clerk's fee and the court reporter's fee.

If appellant fails to respond within the time provided, and the clerk's record is not timely filed, this appeal will be dismissed for want of prosecution. *See* Tex. R. App. P. 37.3(b).

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of March, 2015.

_____
Keith E. Hottle
Clerk of Court